

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00119-CR

_____


WILLIE DEE PRICE, Appellant

V.

THE STATE OF TEXAS, Appellee



On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-19-26944




Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

A Fannin County jury found Willie Dee Price guilty of aggravated sexual assault of a child and sentenced him to life imprisonment. On appeal, Price argues that the trial court erred in failing to excuse veniremembers who could not consider the full range of punishment and in allowing the State to admit extraneous offenses.

Price also appeals from two additional convictions for aggravated sexual assault of a child in companion cause numbers 06-19-00118-CR and 06-19-00120-CR. We addressed the issues Price raises in this appeal in detail in our opinion of this date resolving Price's appeal in cause number 06-19-00118-CR. For the reasons stated therein, we likewise conclude that Price failed to preserve his first issue for our review and that the trial court did not abuse its discretion by admitting the extraneous offenses in this case. As a result, we overrule Price's points of error.

We affirm the trial court's judgment.


Josh R. Morriss, III
Chief Justice

Date Submitted:     December 5, 2019
Date Decided:       December 9, 2019

Do Not Publish

2